UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.:  8:06-cr-39-JSM-SPF

BRANDON ERWIN

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Sean P. Flynn (Dkt. 180). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 180) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion for Permission to Appeal In Forma Pauperis and Affidavit (Dkt. 178) is DENIED.

3. The District Court certifies that the appeal is not taken in good faith.

4. The Clerk is directed to notify the parties and the United States Court of Appeals for the Eleventh Circuit that the Defendant's motion has been denied.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of May, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record